[No. 32174-6-III.   Division Three.   September 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY L. RIEKER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 12-1-00024-8, Lesley A. Allan, J., entered January 9, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J.; Lawrence-Berrey, J., concurring separately; Siddoway, C.J., dissenting in part.

[No. 66055-1-I.   Division One.   September 28, 2015.]

*In the Matter of the Personal Restraint of* BRIAN CHAMPACO, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 70726-4-I.   Division One.   September 28, 2015.]

TSANG WONG LIM ET AL., *Respondents*, v. GRACE YIM YEE SIOU ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-06594-2, Catherine D. Shaffer, J., entered July 1, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.

[No. 71925-4-I.   Division One.   September 28, 2015.]

JONATHAN PEARSON, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-23140-1, Carol A. Schapira, J., entered April 4, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.